ORIGINAL

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Public Works, Inc.,

    Plaintiff,

-vs-

Public Works Administration LLC,
Alison Sirico d/b/a Public Works Administration,
And Adeel Mirza a/k/a Sam Black d/b/a Public
Works Administration,

    Defendants.

Case No.: 1:23-cv-394

## STIPULATED ORDER OF DISMISSAL

Before the Court is the Parties' Stipulated Notice of Dismissal. After consideration of the same, **IT IS THEREFORE ORDERED AS FOLLOWS:** Plaintiff's Complaint shall be dismissed without prejudice.

SIGNED this 15th day of April 2024,

_Louis L. Stanton_
THE HONORABLE UNITED STATES
DISTRICT JUDGE LOUIS L. STANTON

LIPP 700514US01 4782614 1